# EXHIBIT A

## Defendant: Willkie Farr & Gallagher LLP

## Preference Period: August 5, 2024 – November 3, 2024

| Number | Payment Date | Invoice No. | Invoice Date | Amount Paid |
|---|---|---|---|---|
| 1 | 8/21/2024 | 12421840 | 8/13/2024 | $ 12,365.38 |
| 2 | 8/21/2024 | 12421832 | 8/13/2024 | 197,761.67 |
| 3 | 8/21/2024 | 12421833 | 8/13/2024 | 752,331.93 |
| 4 | 8/21/2024 | 12421839 | 8/13/2024 | 10,518.75 |
| 5 | 8/21/2024 | 12421834 | 8/13/2024 | 3,952.50 |
| 6 | 8/21/2024 | 12421838 | 8/13/2024 | 22,516.92 |
| 7 | 8/21/2024 | 12421835 | 8/13/2024 | 1,794.77 |
| 8 | 8/21/2024 | 12421836 | 8/13/2024 | 14,573.25 |
| 9 | 8/21/2024 | 12421837 | 8/13/2024 | 12,001.25 |
| 10 | 8/29/2024 | 12423111 | 8/28/2024 | 250,000.00 |
| 11 | 9/27/2024 | 12423820 | 9/9/2024 | 1,270,319.90 |
| 12 | 9/27/2024 | 12423821 | 9/9/2024 | 1,147.50 |
| 13 | 9/27/2024 | 12423822 | 9/9/2024 | 1,691.50 |
| 14 | 9/27/2024 | 12423823 | 9/9/2024 | 471.75 |
| 15 | 9/27/2024 | 12423824 | 9/9/2024 | 7,414.12 |
| 16 | 9/27/2024 | 12423825 | 9/9/2024 | 32,864.23 |
| 17 | 9/27/2024 | 12423826 | 9/9/2024 | 27,540.00 |
| 18 | 9/27/2024 | 12423827 | 9/9/2024 | 8,869.75 |
| 19 | 10/2/2024 | 12426128 | 9/30/2024 | 500,000.00 |
| 20 | 10/2/2024 | 12426103 | 9/30/2024 | 391,051.91 |
| 21 | 10/10/2024 | 12426976 | 10/8/2024 | 500,000.00 |
| 22 | 10/16/2024 | 12427978 | 10/15/2024 | 500,000.00 |
| 23 | 10/16/2024 | 12427970 | 10/15/2024 | 46,922.91 |
| 24 | 10/21/2024 | 12426982 | 10/8/2024 | 13,160.17 |
| 25 | 10/21/2024 | 12426985 | 10/8/2024 | 10,650.21 |
| 26 | 10/21/2024 | 12426980 | 10/8/2024 | 9,753.75 |
| 27 | 10/23/2024 | 12426979 | 10/8/2024 | 155,522.80 |
| 28 | 10/25/2024 | 12429143 | 10/24/2024 | 1,500,000.00 |
| 29 | 10/26/2024 | 12426984 | 10/8/2024 | 3,060.00 |
| 30 | 10/26/2024 | 12428740 | 10/21/2024 | 45,183.00 |

| Number | Payment Date | Invoice No. | Invoice Date | Amount Paid |
|---|---|---|---|---|
| **31** | 10/26/2024 | 12428741 | 10/24/2024 | 500,000.00 |
| **32** | 10/26/2024 | 12429220 | 10/25/2024 | 3,867.50 |
| **33** | 10/26/2024 | 12429219 | 10/25/2024 | 47,478.94 |
| **34** | 10/26/2024 | 12429218 | 10/25/2024 | 21,849.80 |
| **35** | 11/1/2024 | 12429612 | 10/31/2024 | 500,000.00 |
| **Totals:** | | | | **$7,376,636.16** |